# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

Case No. 5D2022-2759
LT Case No. 1999-034488-CFAES

—————————————————

CHRISTOPHER LOFTON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

—————————————————

3.802 Appeal from the Circuit Court for Volusia County.
Karen A. Foxman, Judge.

Christopher Lofton, Graceville, pro se.

Ashley Moody, Attorney General, Tallahassee, and Alyssa M.
Williams, Assistant Attorney General, Daytona Beach, for
Appellee.

August 13, 2024

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., and SOUD and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____